Case 05-08928   Doc 33   Filed 09/03/08   Entered 09/03/08 12:43:56   Desc   Page 1 of 3

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hattar, Edomnd | Case Number: 05 B 08928 |
|---|---|---|
| | Hattar, Heweida | Judge: Squires, John H |
| | Printed: 9/3/08 | Filed: 3/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 12, 2008
Confirmed: June 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 28,885.00 | |
| Secured: | | 4,076.92 |
| Unsecured: | | 20,533.36 |
| Priority: | | 0.00 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 1,389.72 |
| Other Funds: | | 985.00 |
| Totals: | 28,885.00 | 28,885.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 1,900.00 | 1,900.00 |
| 2. | JP Morgan Chase Bank | Secured | 1,019.23 | 1,019.23 |
| 3. | LaSalle Bank NA | Secured | 3,057.69 | 3,057.69 |
| 4. | American Express | Unsecured | 2,413.96 | 2,984.27 |
| 5. | American Express Travel Relate | Unsecured | 11.00 | 13.60 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 44.00 | 54.39 |
| 7. | Arrow Financial Services | Unsecured | 173.89 | 214.99 |
| 8. | Discover Financial Services | Unsecured | 471.43 | 582.83 |
| 9. | American Express | Unsecured | 273.68 | 338.24 |
| 10. | American Express | Unsecured | 334.40 | 413.38 |
| 11. | JP Morgan Chase Bank | Unsecured | 7,013.59 | 8,670.63 |
| 12. | Resurgence Financial LLC | Unsecured | 1,048.09 | 1,295.68 |
| 13. | LaSalle Bank NA | Unsecured | 127.86 | 158.06 |
| 14. | Palisades Acquisition LLC | Unsecured | 133.46 | 164.94 |
| 15. | US Bank | Unsecured | 1,052.85 | 1,301.60 |
| 16. | Specialized Management Consultants | Unsecured | 169.77 | 209.85 |
| 17. | Specialized Management Consultants | Unsecured | 48.44 | 59.87 |
| 18. | RoundUp Funding LLC | Unsecured | 92.61 | 114.46 |
| 19. | Resurgent Capital Services | Unsecured | 741.89 | 917.19 |
| 20. | Resurgent Capital Services | Unsecured | 473.79 | 585.74 |
| 21. | Resurgent Capital Services | Unsecured | 126.30 | 156.14 |
| 22. | Resurgence Financial LLC | Unsecured | 1,858.44 | 2,297.50 |
| 23. | Discover Financial Services | Unsecured | 1,302.01 | 0.00 |
| 24. | Verizon Wireless | Unsecured | 217.21 | 0.00 |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hattar, Edomnd  
Hattar, Heweida  
Printed: 9/3/08

Case Number: 05 B 08928  
Judge: Squires, John H  
Filed: 3/14/05

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | AMCA | Unsecured | | No Claim Filed |
| 27. | American Family Insurance | Unsecured | | No Claim Filed |
| 28. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 29. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 30. | Capital Management | Unsecured | | No Claim Filed |
| 31. | Associated Recovery Systems | Unsecured | | No Claim Filed |
| 32. | ARS | Unsecured | | No Claim Filed |
| 33. | Bank One | Unsecured | | No Claim Filed |
| 34. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 35. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 36. | Citi Cards | Unsecured | | No Claim Filed |
| 37. | Citibank | Unsecured | | No Claim Filed |
| 38. | Claims Accounting | Unsecured | | No Claim Filed |
| 39. | Collection Company Of America | Unsecured | | No Claim Filed |
| 40. | America OnLine | Unsecured | | No Claim Filed |
| 41. | Eagle Credit Resources | Unsecured | | No Claim Filed |
| 42. | Encore | Unsecured | | No Claim Filed |
| 43. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 44. | Encore | Unsecured | | No Claim Filed |
| 45. | Global Acceptance | Unsecured | | No Claim Filed |
| 46. | National Financial Sys | Unsecured | | No Claim Filed |
| 47. | Encore | Unsecured | | No Claim Filed |
| 48. | ICS | Unsecured | | No Claim Filed |
| 49. | ICS | Unsecured | | No Claim Filed |
| 50. | FMA Appliance | Unsecured | | No Claim Filed |
| 51. | Trauner, Cohen & Thomas LLP | Unsecured | | No Claim Filed |
| 52. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 53. | MCSI | Unsecured | | No Claim Filed |
| 54. | Professional Account Management | Unsecured | | No Claim Filed |
| 55. | Omni Credit Service | Unsecured | | No Claim Filed |
| 56. | NES National Enterprises Systems | Unsecured | | No Claim Filed |
| 57. | RMA | Unsecured | | No Claim Filed |
| 58. | Oxford Management Services | Unsecured | | No Claim Filed |
| 59. | Sprint PCS | Unsecured | | No Claim Filed |
| 60. | RMA | Unsecured | | No Claim Filed |
| 61. | VCS | Unsecured | | No Claim Filed |
| 62. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 63. | NAFS | Unsecured | | No Claim Filed |
| 64. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 65. | Amex Assurance | Unsecured | | No Claim Filed |
| 66. | Amex Assurance | Unsecured | | No Claim Filed |
| 67. | Amex Assurance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,105.59 | $ 26,510.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 110.85 |
| 5.5% | 379.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hattar, Edomnd
Hattar, Heweida
Printed: 9/3/08

Case Number: 05 B 08928
Judge: Squires, John H
Filed: 3/14/05

|       |          |
|-------|----------|
| 5%    | 117.02   |
| 4.8%  | 224.28   |
| 5.4%  | 543.40   |
| 6.5%  | 14.32    |
|       | _____ |
|       | $ 1,389.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:



_____